| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gregory, Roger L. | 2. Court or Organization<br><br>US Court of Appeals - 4th Cir. | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1000 East Main Street<br>Suite 212<br>Richmond, VA 23219-3517 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | ChildFund International |
| 2. Trustee | Virginia Historical Society |
| 3. Trustee | University of Richmond |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
2011 MAY 16 A 10:00
RECEIVED

**Gregory, Roger L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3. | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Bar Assoc'n | Feb. 18, 2010 - Feb 19, 2010 | New York, NY | Keynote Speaker | Travel, Lodging, Meals |
| 2. | VA Historical Society | Mar. 17, 2010 & Mar. 18, 2010 | Williamsburg, VA | Bd. Mtg. & Retreat | Meals |
| 3. | ABA Standing Cmte - Public Edu. | Mar. 20, 2010 - Mar. 21, 2010 | Chicago, IL | ABA Committee Meeting | Travel, Lodging, Meals, Parking |
| 4. | Sandra Day O'Connor Coll of Law, ASU | April 25, 2010 - April 27, 2010 | Phoenix, AR | Forum | Travel, Lodging, Meals |
| 5. | Just the Beginning Found. (JTBF) | Sept. 30, 2010 - Oct. 3, 2010 | Atlanta, GA | Conference | Travel, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/13/2011 |

| 6. | ABA Standing Cmte. - Public Edu. | Dec. 11, 2010 - Dec. 12, 2010 | Chicago, IL | ABA Committee Meeting | Travel, Lodging, Meals, Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Prudential Insurance Annuity | | None | L | T | | | | | |
| 3. Philip Morris Profit Sharing Plan (401K) | B | Dividend | N | T | | | | | |
| 4. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 5. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 6. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 7. Consolidated Bank & Trust | A | Interest | J | T | | | | | |
| 8. John Hancock Life Ins. - term & whole life policy | | None | L | T | | | | | |
| 9. New York Life Ins. Co. - term & whole life policy | | None | J | T | | | | | |
| 10. Intel Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 11. Call Federal Credit Union | A | Interest | J | T | | | | | |
| 12. Kraft Foods, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 13. Metropolitan Life Control Accout | D | Interest | M | T | | | | | |
| 14. SunTrust Money Market Account | B | Interest | M | T | | | | | |
| 15. John Hancock Safe Access Account | A | Interest | J | T | | | | | |
| 16. Altria Group, Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

1 Income Gain Codes:        A = $1,000 or less        B = $1,001 - $2,500        C = $2,501 - $5,000        D = $5,001 - $15,000        E = $15,001 - $50,000
  (See Columns B1 and D4)   F = $50,001 - $100,000    G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2 Value Codes:              J = $15,000 or less       K = $15,001 - $50,000      L = $50,001 - $100,000     M = $100,001 - $250,000
  (See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                            P3 = $25,000,001 - $50,000,000                       P4 = More than $50,000,000
3 Value Method Codes        Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment           T = Cash Market
  (See Column C2)           U = Book Value            V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544